Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: tcohen@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LINDA LIEU LUTZEIER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV 18-01817-DFM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,376.50 (Three Thousand, Three Hundred Seventy-Six Dollars and Fifty Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 3, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Douglas F. McCormick
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE